B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–15722**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  John Gomes
  731 W Beach Dr
  Addison, IL 60101

Social Security / Individual Taxpayer ID No.:
  xxx–xx–8728

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                          FOR THE COURT

Dated: <u>July 29, 2014</u>                          <u>Jeffrey P. Allsteadt, Clerk</u>
                                                      United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 14-15722-DRC
John Gomes                                                               Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin               Page 1 of 1                Date Rcvd: Jul 29, 2014
                              Form ID: b18              Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2014.
db         +John Gomes,    731 W Beach Dr,    Addison, IL 60101-1280
21852179   +Chase Home Finance,    3415 Vission Dr,    Columbus, OH 43219-6009
21852180   +Chase Home Finance,    1820 East Sky Harbor Circle, S,    Phoenix, AZ 85034-4810
21852185   +Jessie Gomes,    731 W Beach,    Addison, IL 60101-1280
21852188   +The Bureaus,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
21852190   +Universal CD CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: QDRBROWN.COM Jul 30 2014 00:38:00      David R Brown, ESQ,    Springer Brown, LLC,
             400 South County Farm Road,    Suite 330,    Wheaton, IL 60187-4547
21852172   +E-mail/Text: ldishaw@afscollectionagency.com Jul 30 2014 00:58:35
             Associates Financial Solution,    PO Box 39,    Pleasant Lake, MI 49272-0039
21852173    EDI: BANKAMER.COM Jul 30 2014 00:43:00      Bank of America,    PO Box 26078,
             Greensboro, NC 27420
21852174    EDI: BANKAMER.COM Jul 30 2014 00:43:00      Bank of America,    PO Box 982235,    El Paso, TX 79998
21852175   +EDI: CAPITALONE.COM Jul 30 2014 00:43:00      Capital One,    PO Box 70886,
             Charlotte, NC 28272-0886
21852176   +EDI: CAPITALONE.COM Jul 30 2014 00:43:00      Capital One/Menards,    PO Box 30253,
             Salt Lake City, UT 84130-0253
21852177   +E-mail/Text: bankruptcy@cavps.com Jul 30 2014 01:00:42       Cavalry Portfolio Services, LLC,
             500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
21852178   +EDI: CHASE.COM Jul 30 2014 00:38:00      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
21852181   +EDI: CITICORP.COM Jul 30 2014 00:38:00      Citibank,    PO Box 6241,    Sioux Falls, SD 57117-6241
21852182   +EDI: CONVERGENT.COM Jul 30 2014 00:38:00      Convergent Outsourcing,    PO Box 9004,
             Renton, WA 98057-9004
21852183   +EDI: RMSC.COM Jul 30 2014 00:43:00      GECRB/Sams Club,    PO Box 965005,    Orlando, FL 32896-5005
21852184    EDI: IRS.COM Jul 30 2014 00:43:00      Internal Revenue Service - 1/11,    PO Box 7346,
             Philadelphia, PA 19101-7346
21852186   +EDI: MID8.COM Jul 30 2014 00:38:00      Midland Funding,    8875 Aero Drive, Ste 200,
             San Diego, CA 92123-2255
21852187   +EDI: CITICORP.COM Jul 30 2014 00:38:00      THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
21852189   +EDI: CITICORP.COM Jul 30 2014 00:38:00      The Home Depot,    PO Box 6497,
             Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2014 at the address(es) listed below:
              David H Cutler    on behalf of Debtor John  Gomes cutlerfilings@gmail.com
              David R Brown, ESQ    dbrown@springerbrown.com, dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```